UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PETER MAURIN THORNTON,<br><br>　　　　　　　Defendant. | Case Nos. MJ22-357<br><br>DETENTION ORDER |

Mr. Thornton is charged with violations of supervised release in the District of Alaska. The Court held a detention hearing on August 5, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Thornton poses a risk of nonappearance based on a history of failures to appear, noncompliance while under supervision, and substance abuse history. In addition, he was not interviewed by Probation and Pretrial Services so his background and recent ties to this District are not known.

3. Mr. Thornton poses a risk of danger due to the nature of the underlying offense,

DETENTION ORDER - 1

prior criminal activity, noncompliance while under supervision, and substance abuse history.

4. Based on these findings, and for the reasons stated on the record, the Court finds that Mr. Thornton has not provided clear and convincing evidence that he is unlikely to flee or that he does not pose a danger to the safety to other persons or the community if released pending his initial appearance in the District of Alaska.

5. The record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Thornton as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Thornton shall be detained pending initial appearance in the District of Alaska, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Thornton shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Thornton is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 9th day of August, 2022.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3